# EXHIBIT C

## Original 5 LED Utility Light

**Model CL501S** — Lightweight, compact, and convenient, the Original 5 LED Utility Light is made to take plenty of rugged treatment. The 5 LED Utility Light is powered by 2 lithium coin cell batteries (included) for use up to 96 hours. Ultra bright white light from 5 LED bulbs with 100,000+ hours of burn time. Completely water resistant, the 5 LED Utility Light attaches under the brim of any hat for 100's of hands free uses.

## Black Light Night Fishing Special

**Model CL504BL** — Four bright white LED lights plus one independent UV/black light. The black light allows the illumination of fluorescent fishing line and lures while fishing at night. With easy to use push button, one push the black light turns on, 2nd push black light turns off while turning on the 4 white lights, 3rd push turns off all 5 lights. Now with the Black Light Night Fishing Special tying knots will be as easy in the dark as it is during the day. Built with the same ruggedness of the Original 5 LED Utility Light.

## 5 LED Utility Light Replacement Batteries

4 pack of CR2032 coin cell Lithium replacement batteries.

## Blackswamp Trading Company

527 East Woodland Circle • Bowling Green, Ohio 43402 • USA • Tel: 800-284-9107 • Fax: 419-354-5110



# 5 LED CAP LIGHT

**IDEAL FOR: HUNTING, FISHING, CAMPING, MECHANICAL WORK & MUCH MORE!**





LIGHTWEIGHT · COMPACT · RUGGED CAP LIGHT
5 LED BULBS WITH 100,000 + HOURS OF BURN TIME

Lightweight, compact, and made to take plenty of rugged treatment, the 5 LED Cap Light is powered by 2 lithium coin cell batteries for use up to 96 hours. Ultra bright white light from 5 LED bulbs with 100,000 + hours of burn time. Completely water resistant, the 5 LED Cap Light attaches under the brim of a cap for a number of hands free tasks.

**YOUR COST: $3.95**
SRP: 9.99 - 12.99

Blister Packed
Inner Case Pack: 10
Cases per Master: 25
Master Case: 250
UPC# 877962000580







